IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RANDY BENNETT and
RICHARD TURNEY                                                                    PLAINTIFFS

VS.                                    NO.  5:11CV00104-JMM

RICELAND FOODS, INC.                                                              DEFENDANT

## ORDER

Pending is Plaintiffs' motion in limine.  (Docket # 25).  Defendant has filed a response. Plaintiffs ask the Court to preclude the Defendant from offering testimony or other evidence regarding Plaintiff Turney's failure to file income tax returns; Plaintiff Turney's back child support owed; and Plaintiffs' receipt of unemployment benefits subsequent to their terminations.

Plaintiffs' motion as to Plaintiff Turney's failure to file income tax returns is DENIED. The Court will allow testimony and evidence regarding the Plaintiff's failure to file income tax returns.  The Court will preclude the Defendant from inquiring into the reasons for Plaintiff's failure to file returns as it relates to the child support issue.

Plaintiffs' motion relating to the fact that Plaintiff Turney owes back child support is GRANTED.

Plaintiffs' motion to preclude testimony and evidence relating to the Plaintiffs' receipt of unemployment benefits is GRANTED.

IT IS SO ORDERED this 24th day of February, 2012.

_____
James M. Moody
United States District Judge