IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RANDY BENNETT and
RICHARD TURNEY                                                                                PLAINTIFFS

VS.                                      NO.  5:11CV00104-JMM

RICELAND FOODS, INC.                                                                     DEFENDANT

## JUDGMENT ON JURY VERDICT

This action came for trial February 27- 29, 2012, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned verdicts on February 29, 2012.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the plaintiff, Randy Bennett have and recover of and from Defendant, Riceland Foods, Inc. the sum of $391,332.71, three hundred and ninety-one thousand three hundred and thirty-two dollars and seventy-one cents:  plaintiff, Richard Turney have and  recover of and from Defendant, Riceland Foods, Inc. the sum of $385,187.17, three hundred and eighty-five thousand one hundred and eighty-seven dollars and seventeen cents,  together with interest  from this date until the date paid at the rate of .17% per annum.

Dated this 2nd day of March, 2012.

_____
James M. Moody
United States District Judge