# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**RANDY BENNETT and**
**RICHARD TURNEY**                                                                              **PLAINTIFFS**

**VS.**                                        **NO.  5:11CV00104-JMM**

**RICELAND FOODS, INC.**                                                                      **DEFENDANT**

## ORDER

Pending is the Defendant's motion to stay proceedings to enforce the judgment.  (Docket # 39).  Plaintiffs have filed a response.  For good cause shown, Defendant's motion is GRANTED.  Upon the posting of a supersedeas bond in the amount of $1,000,000, any and all proceedings to enforce the Judgment entered in this matter on March 2, 2012 will be stayed pending an appeal.  This stay will not affect the rights of the parties to seek further relief from this court in the form of a determination of attorneys fees and costs, or the right to injunctive relief.

IT IS SO ORDERED this 6th day of March, 2012.

_____
James M. Moody
United States District Judge